KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REGINALD FERGUSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　　Defendant. | No. 2:14-cv-00072-DAD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's Opening Brief.

　　　Counsel for the Plaintiff has a heavy caseload and does not have additional attorneys to help with this caseload at this time. As a result, counsel for Plaintiff requires additional time to draft the Opening Brief. The Opening Brief is currently due on September 4, 2014. Plaintiff

Page 1　　MOTION
　　　　　[2:14-CV-00072-DAD]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

requests an extension of time to September 26, 2014.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated September 4, 2014:        /s/ Kelsey M Brown
                                KELSEY MACKENZIE BROWN CA #263109
                                Dellert Baird Law Offices, PLLC
                                PO Box 3757
                                Silverdale, WA 98383
                                (360) 329-6968
                                Attorney for Plaintiff

Dated September 4, 2014:        s/ KELSEY M. BROWN for Jean Turk
                                JEAN TURK
                                (per e-mail authorization)
                                Special Assistant U.S. Attorney
                                Office of the General Counsel

                                Of Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

**Dated:  September 5, 2014**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\ferguson0072.stip.eot.ord.doc

Page 2     MOTION
           [2:14-CV-00072-DAD]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968