BENJAMIN B. WAGNER
United States Attorney
JEAN M. TURK, CA SBN 131517
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8935; Fax: (415) 744-0134
E-Mail: jean.turk@ssa.gov
Attorneys for Defendant

UNITES STATES DISTRCIT COURT
EASTERN DISTRCIT OF CALIFORNIA

| | |
|---|---|
| REGINALD B. FERGUSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-00072 CKD (TEMP)<br><br>**FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS AND NO CENTS ($4,800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's counsel, Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

/////

1 Fees shall be made payable to Plaintiff, but if the Department of the Treasury
2 determines that Plaintiff does not owe a federal debt, then the government shall cause the
3 payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment
4 executed by Plaintiff.  Any payments made shall be delivered to counsel.

5 This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
6 attorney fees, and does not constitute an admission of liability on the part of Defendant under
7 the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release
8 from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may
9 have relating to EAJA attorney fees in connection with this action.

10 This award is without prejudice to the rights of counsel and/or counsel's firm to seek
11 Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause
12 provisions of the EAJA.

Respectfully submitted,

Dated: December 18, 2015      Delbert Baird Law offices PLLC

By:   */s/ Kelsey Mackenzie Brown\**
      KELSEY MACKENZIE BROWN
           *\* By email authorization on December 17, 2015*
      Attorneys for Plaintiff


Dated: December 18, 2015      BENJAMIN B. WAGNER
                              United States Attorney
By:   */s/ Jean M. Turk*
      JEAN M. TURK
      Special Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  January 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD\ferguson0072.stip.eaja.ord.docx